IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| JOHN DOE, | |
|---|---|
| Plaintiff, | |
| v. | Civil Action No. 6:19-cv-00023-NKM |
| WASHINGTON AND LEE UNIVERSITY, | |
| Defendant. | |

**MOTION TO PROCEED UNDER PSEUDONYM BY PLANTIFF**

Plaintiff, through his undersigned counsel, hereby moves for the following relief: (1) that the parties and any and all other persons filing documents in the above-captioned matter be required to refer to Plaintiff as "John Doe"; (2) that the parties and all other persons filing documents in the above-captioned matter be required to refer to the female complainant in the underlying disciplinary matter as "Jane Roe"; (3) that any student witnesses in the underlying disciplinary proceedings shall be referred to only by pseudonym; and (4) that access to the actual identities of the above in connection with this matter shall be limited only to this Court and the parties.

Plaintiff relies upon the attached Declaration of Plaintiff "John Doe" (Exhibit A); a Motion for Leave to Proceed Under a Pseudonym that he filed in the Circuit Court for Rockbridge County, Virginia, in September 2017 (Exhibit B); the Order granting that Motion (Exhibit C); and the contemporaneously filed Brief in Support of Motion to Proceed Under Pseudonym by Plaintiff.

Respectfully,

*s/David G. Harrison*

David G. Harrison, Esq. (VSB #17590)
**THE HARRISON FIRM, PC**
5305 Medmont Circle S.W.
Roanoke, VA 24018-1120
(540) 777-7100
david@harrisonfirm.us

Patricia M. Hamill, Esq.
(Pa. I.D. No. 69912)
(*pro hac vice* application pending)
**CONRAD O'BRIEN PC**
Centre Square – West Tower
1500 Market Street, Suite 3900
Philadelphia, PA 19102-2100
(215) 864-9600 (phone)
(215) 864-9620 (fax)
phamill@conradobrien.com

*Counsel for Plaintiff*

Date: April 24, 2019

# **CERTIFICATE**

I certify that on April 24, 2019, I sent a copy of the foregoing Motion for Admission *Pro Hac Vice* by first-class mail to:

> R. Craig Wood, Esq.
> McGuire Woods
> 652 Peter Jefferson Pkwy Ste 350
> Charlottesville, VA 22911-8825
>
> *Counsel for Washington and Lee University*
>
> James D. Farrar, Jr.
> Washington and Lee University
> 204 W Washington St
> Lexington, VA 24450-2116
>
> *Registered Agent for Washington and Lee University*

I further certify I sent a copy of foregoing Motion for Admission *Pro Hac Vice* by email to:

> R. Craig Wood, Esq
> cwood@mcguirewoods.com

*s/David G. Harrison*
David G. Harrison, Esq. (VSB #17590)
**THE HARRISON FIRM, PC**
5305 Medmont Circle S.W.
Roanoke, VA 24018
(540) 777-7100
david@harrisonfirm.us
