UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 6:19-CV-00023 |
| ) | |
| WASHINGTON AND LEE UNIVERSITY ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the parties Joint Motion For Extension Of Time To File Answer, Motion To Dismiss, And Opposition To Motion To Dismiss, the Motion is hereby **GRANTED**. Defendant shall have until Monday, July 8, 2019 to file pleadings responsive to Plaintiff's Complaint. Plaintiff shall have until July 29, 2019 to respond to Defendant's Motion to Dismiss. Plaintiff's Unopposed Motion for Extension of Time (Doc. 7) is hereby denied as moot.

**Enter:**

_____