IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>WASHINGTON AND LEE UNIVERSITY,<br><br>    Defendant. | Civil Action No. 6:19-cv-00023-NKM |

## ORDER

Upon consideration of the Motion of Plaintiff to Proceed Under Pseudonym and without objection of the defendant, it is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that the parties and any other persons filing documents in the above-captioned matter shall refer to Plaintiff only as "John Doe."

It is further ORDERED that the parties and any other persons filing documents in the above-captioned matter shall refer to the female complainant in the underlying disciplinary proceedings only as "Jane Roe."

It is further ORDERED that the parties and any other persons filing documents in the above-captioned matter shall refer to any other students involved in this matter by pseudonyms.

It is further ORDERED that access to the actual identities of the above in connection with this matter shall be limited only to this Court, the parties and counsel.

ENTER:

_____