CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
06/21/19
JULIA C. DUDLEY, CLERK
BY: s/ F. COLEMAN
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>*Plaintiff,*<br><br>v.<br><br>WASHINGTON AND LEE UNIVERSITY,<br><br>*Defendants.* | CASE NO. 6:19-cv-00023<br><br>ORDER<br><br>SENIOR JUDGE NORMAN K. MOON |

Upon consideration of the Parties' Joint Motion for Extension of Time to File Answer, Motion to Dismiss, and Opposition to Motion to Dismiss (Dkt. 10), the Motion is hereby **GRANTED**. It is **ORDERED** that the Defendant shall have until July 8, 2019, to file pleadings responsive to Plaintiff's Complaint and that the Plaintiff shall have until July 29, 2019, to respond to Defendant's Motion to Dismiss. It is furthered **ORDERED** that Plaintiff's Unopposed Motion for Extension of Time (Dkt. 7) is **DENIED AS MOOT**.

It is so **ORDERED**.

**ENTERED** this 21st day of June, 2019.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE