IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| JOHN DOE, | : |
| Plaintiff, | : |
| v. | : |
| WASHINGTON AND LEE UNIVERSITY, | : CIVIL ACTION NO.<br>: 6:19-cv-00023-NMK |
| Defendant. | : |

## NOTICE

Plaintiff, John Doe, by counsel, advises the Court that plaintiff waives its right to hearing on Plaintiff's Motion to Proceed Under Pseudonym (Doc. #3). Plaintiff further advises the court that counsel have conferred and agree to submit the matter on plaintiff's brief (Doc. #4). A proposed agreed order has been submitted for the Court's consideration (Doc. #11).

Respectfully,

*s/David G. Harrison*

David G. Harrison, Esq. (VSB #17590)
**THE HARRISON FIRM, PC**
5305 Medmont Circle S.W.
Roanoke, VA 24018-1120
(540) 777-7100
david@harrisonfirm.us

Patricia M. Hamill, Esq.
(Pa. I.D. No. 69912)
(*pro hac vice*)
**CONRAD O'BRIEN PC**
Centre Square – West Tower
1500 Market Street, Suite 3900
Philadelphia, PA 19102-2100
(215) 864-9600 (phone)
(215) 864-9620 (fax)
phamill@conradobrien.com

*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I certify that on June 21, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to R. Craig Wood, Esquire and Micah B. Schwartz, Esquire, counsel for defendant.

s/ David G. Harrison