CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
06/27/2019
JULIA C. DUDLEY, CLERK
BY: s/ F. COLEMAN
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>*Plaintiff,*<br><br>v.<br><br>WASHINGTON AND LEE UNIVERSITY,<br><br>*Defendant.* | CASE NO. 6:19-cv-00023<br><br>ORDER<br><br>SENIOR JUDGE NORMAN K. MOON |

The matter before the Court is Defendant's Motion for Extension of Time to File Answer, Motion to Dismiss, and Opposition to Motion to Dismiss. (Dkt. 13). The Court previously granted the Parties' joint motion for extension of time. (Dkt. 12). Defendant's current motion represents that a typographical error in the prior motion and proposed order (Dkts. 10, 10-1), accidently set the extension for a lesser period that intended. (Dkt. 13). For good cause shown, the Motion for Extension of Time (Dkt. 13) is hereby **GRANTED**. It is **ORDERED** that the Defendant shall have until July 15, 2019, to file pleadings responsive to Plaintiff's Complaint and that the Plaintiff shall have until August 5, 2019, to respond to Defendant's Motion to Dismiss.

It is so **ORDERED**.

**ENTERED** this 27th day of June, 2019.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE