UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 6:19-CV-00023 |
| | ) |
| WASHINGTON AND LEE UNIVERSITY | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT'S MOTION TO DISMISS

Defendant Washington and Lee University respectfully moves this Court to dismiss with prejudice Counts III and IV of Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. For reasons stated in the accompanying memorandum of law, these Counts fail to state claims upon which relief can be granted.

Dated: July 15, 2019

Respectfully submitted,

**WASHINGTON & LEE UNIVERSITY**

By: /s/

R. Craig Wood (VSB # 24264)
MCGUIREWOODS LLP
652 Peter Jefferson Parkway, Ste. 350
P. O. Box 1288
Charlottesville, VA 22902
(Office) (434) 977-2558
(Fax) (434) 980-2274
cwood@mcguirewoods.com

Micah B. Schwartz (VSB # 77299)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219

1

(Office) (804) 775-1000
(Fax) (804) 698-2158
mschwartz@mcguirewoods.com

*Counsel for Defendant*

# CERTIFICATE OF SERVICE

      I hereby certify that on the 15th day of July 2019, a true copy of the foregoing was filed with the Court using the CM/ECF system, which will send notification of such filing to the following:

      David G. Harrison (VSB #17590)
THE HARRISON FIRM, PC
5305 Medmont Circle SW
Roanoke, VA 24018
Tel: (540) 777-7100
Fax: (540) 777-7101
david@harrisonfirm.us

Patricia M. Hamill (Pa. I.D. No. 48416)
CONRAD O'BRIEN PC
1500 Market Street, Centre Square
West Tower, Suite 3900
Philadelphia, PA 19102
Tel: (215) 864-9600
Fax: (215) 864-9620
phamill@conradobrien.com

          /s/
R. Craig Wood (VSB # 24264)
MCGUIREWOODS LLP
652 Peter Jefferson Parkway, Ste. 350
P. O. Box 1288
Charlottesville, VA 22902
(Office) (434) 977-2558
(Fax) (434) 980-2274
cwood@mcguirewoods.com

Micah B. Schwartz (VSB # 77299)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
(Office) (804) 775-1000
(Fax) (804) 698-2158
mschwartz@mcguirewoods.com

*Counsel for Defendant*