# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

**JOHN DOE**

vs.

**WASHINGTON AND LEE UNIVERSITY**

Action No:   6:19CV00023
Date:   November 1, 2019
Judge:   Norman K. Moon
Court Reporter:   Sonia Ferris
Deputy Clerk:   Arlene Little

Plaintiff Attorney(s)
David G. Harrison
Patricia M. Hamill

Defendant Attorney(s)
R. Craig Wood

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:
1.

DEFENDANT:
1.

PROCEEDINGS:
Parties present for hearing on ECF No. 16 - Motion to Dismiss for Failure to State a Claim, filed by Defendant.   Arguments heard.   Order forthcoming.

Time in Court:   10:28-11:13 a.m. (45 minutes)