CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
2/10/2020
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
      DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>                *Plaintiff*,<br><br>v.<br><br>WASHINGTON & LEE UNIVERSITY,<br><br>                *Defendant*. | CASE NO. 6:19-cv-00023<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court upon Defendant Washington & Lee University's ("W&L") Motion to Dismiss Plaintiff's claims arising under Virginia state law. Dkt. 16. This Court has considered the Motion, the briefing and filings submitted by the parties (Dkts. 16, 17, 26, 28), and the oral argument before the Court.

For the reasons set forth in the accompanying Memorandum Opinion issued this day, the Court hereby **GRANTS** W&L's Motion to Dismiss (Dkt. 16). Count III of the Complaint (Breach of Implied Contract) and Count IV (Negligence) are **DISMISSED with prejudice**. Plaintiff's case proceeds on Counts I and II, arising under Title IX.

It is so **ORDERED**.

The Clerk of Court is hereby directed to send a copy of this Order and the accompanying Memorandum Opinion to the parties.

ENTERED this __10th__ day of February, 2020.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE