UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 6:19-CV-00023 |
| | ) |
| WASHINGTON AND LEE UNIVERSITY | ) |
| | ) |
| Defendant. | ) |

## JOINT MOTION TO AMEND PRETRIAL DEADLINES

Plaintiff John Doe and Defendant Washington and Lee University respectfully move the Court to amend the Pretrial Order entered by this Court on July 16, 2019, and amended on February 5, 2020 and May 18, 2020. In Support, the parties jointly state:

1. On July 16, 2019, the Court issued a Pretrial Order in the above-captioned matter. (Doc. 20).

2. On February 5, 2020, the Court entered an Order amending the Pretrial Order, which set forth a September 8, 2020 trial date and corresponding pretrial deadlines. (Doc. 39).

3. On May 15, 2020, in light of the COVID-19 outbreak, state stay-at-home orders, and social-distancing requirements, the parties jointly moved to continue the trial date and amend pretrial deadlines. (Doc. 51). On May 18, 2020, the Court entered an Order, which set forth a November 30, 2020 trial date and corresponding pretrial deadlines.

4. The parties jointly propose the following amendments to the Pretrial Order – which are limited to the dispositive-motion briefing schedule only – to provide the parties with the time necessary to prepare dispositive motion briefs while continuing to operate under COVID-19 constraints:

| Deadline | Revised Date |
|---|---|
| Deadline to File Dispositive Motions | September 23, 2020 |
| Deadline to File Briefs in Opposition | October 14, 2020 |
| Deadline to Submit Reply Briefs | October 28, 2020 |

5. The proposed extensions will not prejudice either party and will serve the interests of justice.

6. A proposed order reflecting these amendments to the existing case schedule is attached.

Dated: September 1, 2020                                       Respectfully submitted,

**WASHINGTON AND LEE UNIVERSITY**          **JOHN DOE**


/s/                                                                                      /s/
R. Craig Wood (VSB #24264)                           Patricia M. Hamill (Pa. I.D. No. 48416)
Micah B. Schwartz (VSB # 77299)                  Andrew S. Gallinaro (Pa. I.D. No. 201326)
MCGUIREWOODS LLP                                       CONRAD O'BRIEN PC
652 Peter Jefferson Parkway, Suite 350         1500 Market Street, Centre Square
P. O. Box 1288                                                    West Tower, Suite 3900
Charlottesville, VA  22902                                Philadelphia, PA 19102
(434) 977-2558                                                   Tel: (215) 864-9600
(434) 980-2275 (facsimile)                              Fax: (215) 864-9620
cwood@mcguirewoods.com                            phamill@conradobrien.com
mschwartz@mcguirewoods.com                   (Admitted Pro Hac Vice)

*Counsel for Defendant*                                    David G. Harrison (VSB #17590)
                                                                             THE HARRISON FIRM, PC
                                                                             5305 Medmont Circle SW
                                                                             Roanoke, VA 24018
                                                                             Tel: (540) 777-7100
                                                                             Fax: (540) 777-7101
                                                                             david@harrisonfirm.us

                                                                             *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 1st day of September, 2020, a true copy of the foregoing was filed with the Court using the CM/ECF system, which will send notification of such filing to the following:

    David G. Harrison (VSB #17590)
    THE HARRISON FIRM, PC
    5305 Medmont Circle SW
    Roanoke, VA 24018
    Tel: (540) 777-7100
    Fax: (540) 777-7101
    david@harrisonfirm.us

    Patricia M. Hamill (Pa. I.D. No. 48416)
    Andrew S. Gallinaro (Pa. I.D. No. 201326)
    CONRAD O'BRIEN PC
    1500 Market Street, Centre Square
    West Tower, Suite 3900
    Philadelphia, PA 19102
    Tel: (215) 864-9600
    Fax: (215) 864-9620
    phamill@conradobrien.com

       /s/
    R. Craig Wood (VSB # 24264)
    Micah B. Schwartz (VSB # 77299)
    MCGUIREWOODS LLP
    652 Peter Jefferson Parkway, Ste. 350
    P. O. Box 1288
    Charlottesville, VA  22902
    (Office) (434) 977-2558
    (Fax) (434) 980-2274
    cwood@mcguirewoods.com
    mschwartz@mcguirewoods.com

    *Counsel for Defendant*