CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
9/9/2020
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 6:19-CV-00023 |
| | ) |
| WASHINGTON AND LEE UNIVERSITY | ) |
| | ) |
| Defendant. | ) |

### ORDER AMENDING PRETRIAL DEADLINES

Upon consideration of the parties' Joint Motion to Amend Pretrial Deadlines, it is hereby ORDERED as follows:

1. Dispositive motions shall be due on September 22, 2020;

2. Briefs in opposition to dispositive motions shall be due no later than October 12, 2020;

3. Reply briefs in support of dispositive motions shall be due no later than October 9, 2020.

4. A dispositive motions hearing shall be held by video teleconference on October 21, 2020 at 10:00 a.m. before Judge Moon.

**IT IS SO ORDERED**.

Entered September 9, 2020

*Robert S. Ballou*
United States Magistrate Judge