CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
10/28/2020
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | |
|---|---|
| JOHN DOE, *Plaintiff*, v. WASHINGTON & LEE UNIVERSITY, *Defendant*. | CASE NO. 6:19-cv-00023 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

The jury trial in this case is currently scheduled for November 30 to December 3, 2020. Briefing concluded on Defendant's substantial summary judgment motion on October 20, and the Court has just heard argument on that motion on October 21, 2020. That dispositive motion is still under consideration by the Court. In addition, the health risks presented by COVID-19 in this District and Virginia continue to be substantial and further weigh in favor of continuing the jury trial from its presently scheduled dates.

Accordingly, the Court finds good cause to **CONTINUE** the trial. The Clerk of Court is **DIRECTED** to remove the jury trial in this case from the Court's calendar. The parties are further **DIRECTED** to contact Carmen Amos, Scheduling Clerk, within **seven (7) days** to reschedule the jury trial.

It is so **ORDERED**.

The Clerk of the Court is directed to send a certified copy of this Order to the parties.

Entered this  28th  day of October, 2020.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE