**McGuireWoods LLP**
652 Peter Jefferson Parkway
Suite 350
Charlottesville, VA 22911
Phone: 434.977.2500
Fax: 434.980.2222
www.mcguirewoods.com

**Benjamin P. Abel**
Direct: 434.980.2233

babel@mcguirewoods.com
Fax: 434.980.2222

November 3, 2020

**VIA ECF**

Hon. Norman K. Moon
United States District Judge
P.O. Box 657
Lynchburg, VA 24505

Hon. Robert S. Ballou
Magistrate Judge
210 Franklin Road, SW
Suite 344
Roanoke, VA 24011

   Re: *Doe v. Washington & Lee University*, Case No. 6:16-cv-00023-NKM-RSB

Judge Moon and Judge Ballou:

  I am writing on behalf of Defendant Washington & Lee University ("W&L") in the above-captioned case. W&L wishes to inform this Court that in the process of redacting exhibits in support of its Motion for Summary Judgment, W&L's counsel determined that the version of Exhibit 8 submitted under seal is incomplete. Upon discovering this issue, W&L's counsel contacted Doe's counsel and the Parties are working together to compile a completed copy of Exhibit 8.

  In the interim, W&L filed an abridged version of Exhibit 8 (ECF 74-8), so that this Court may consider W&L's Motion. Once the Parties have compiled a complete copy of Exhibit 8 and have ensured the document is appropriately redacted, the Parties intend to file a stipulation with this Court substituting the complete Exhibit 8 for the version of this exhibit currently filed.

  Should this Court have any concerns or wish the Parties to proceed in a different manner, please contact me.

            Very Truly Yours,

            */s/ Benjamin P. Abel*

            Benjamin P. Abel

  c: Counsel of record

Atlanta | Austin | Baltimore | Charlotte | Charlottesville | Chicago | Dallas | Houston | Jacksonville | London | Los Angeles - Century City
Los Angeles - Downtown | New York | Norfolk | Pittsburgh | Raleigh | Richmond | San Francisco | Tysons | Washington, D.C.