CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

11/12/2020

JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| **JOHN DOE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 6:19-cv-00023 |
| | ) |
| **WASHINGTON AND LEE UNIVERSITY,** | ) |
| | ) |
| **Defendant.** | ) |

# ORDER

The Court previously permitted the parties to file supplemental submissions with proposed redactions. Dkt.63. The parties filed proposed redactions for their exhibits in support of and in opposition to Defendant's motion for summary judgment. Dkts. 73, 74, 75. The Court has reviewed these exhibits and finds these redactions to be narrowly tailored and appropriate in this case. Accordingly, the Clerk is **DIRECTED** to permanently seal docket entries 65, 66, and 68. The redacted exhibits filed by the parties shall remain publicly filed.

Entered:  November 12, 2020

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge