CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
3/22/2021
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
       DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>     *Plaintiff*,<br><br>v.<br><br>WASHINGTON & LEE UNIVERSITY,<br><br>     *Defendant.* | Case No. 6:19-cv-00023<br><br>ORDER<br><br>Judge Norman K. Moon |

  The jury trial in this case is presently scheduled for April 20 to 23, 2021, in Lynchburg, Virginia. The Court plans to circulate a questionnaire to prospective jurors in the near future to evaluate their ability to serve in the jury to be convened for trial in this case. A preliminary set of questions to be included is attached. The parties **shall** submit any proposed or modified questions they believe should be asked of prospective jurors by **Thursday, March 25, 2021**.

  It is so **ORDERED**.

  The Clerk of the Court is directed to send this Order to all counsel of record.

  Entered this  22nd  day of March, 2021.

                /s/ Norman K. Moon
                NORMAN K. MOON
                SENIOR UNITED STATES DISTRICT JUDGE