CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

4/5/2021
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
   DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
LYNCHBURG DIVISION

| | |
|---|---|
| JOHN DOE, | |
| *Plaintiff,* | Case No. 6:19-cv-00023 |
| v. | ORDER |
| WASHINGTON & LEE UNIVERSITY, | |
| *Defendant.* | Judge Norman K. Moon |

Upon notice at the scheduling conference on April 1, 2021 that the parties are interested in seeking mediation, pursuant to 28 U.S.C. § 636(b)(3) and Fed. R. Civ. P. 16(a)(5), this matter is hereby **REFERRED** for mediation before United States Magistrate Judge Robert Ballou, and for any proceedings related thereto that Judge Ballou deems appropriate. The parties are directed to contact Judge Ballou's Chambers forthwith to schedule the mediation.

It is so **ORDERED**.

The Clerk of Court is directed to send a certified copy of this Order to all parties.

Entered this   5th   day of April, 2021.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE