IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>WASHINGTON AND LEE UNIVERSITY,<br><br>    Defendant. | **Civil Action No.:**<br>**6:19-cv-00023** |

### STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) the undersigned parties hereby stipulate to Plaintiff's voluntary dismissal of all claims asserted in the above-captioned action against Defendant Washington and Lee University, with prejudice, and without costs to any party.

**WASHINGTON AND LEE UNIVERSITY**      **JOHN DOE**

*/s/ R. Craig Wood*                                         */s/ Andrew S. Gallinaro*
R. Craig Wood (VSB #24264)                    Patricia M. Hamill
Micah B. Schwartz (VSB # 77299)             Andrew S. Gallinaro
MCGUIREWOODS LLP                              CONRAD O'BRIEN PC
652 Peter Jefferson Parkway, Suite 350    1500 Market Street, Centre Square
P. O. Box 1288                                              West Tower, Suite 3900
Charlottesville, VA  22902                           Philadelphia, PA 19102
(434) 977-2558                                             Tel: (215) 864-9600
(434) 980-2275 (facsimile)                         Fax: (215) 864-9620

*Counsel for Defendant*                             David G. Harrison (VSB #17590)
                                                                      THE HARRISON FIRM, PC
                                                                      5305 Medmont Circle SW
                                                                      Roanoke, VA 24018
                                                                      Tel: (540) 777-7100
                                                                      Fax: (540) 777-7101
                                                                      david@harrisonfirm.us

                                                                      *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Andrew S. Gallinaro, Esquire, hereby certify that I cause a true and correct copy of the foregoing to be electronically filed pursuant to the Court's electronic filing system, and that the document is available for downloading and viewing by the following from the Court's electronic filing system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                                           */s/ Andrew S. Gallinaro*
                                           Andrew S. Gallinaro, Esquire

Dated:  July 2, 2021